**GERALD J. DI CHIARA**
ATTORNEY AT LAW

404 PARK AVENUE SO.
NEW YORK, NEW YORK 10016

(212) 679-1958

FAX NO. (212) 689-3315

LAURA DI CHIARA, ESQ.

MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

August 18, 2008

Honorable Judge Richard Sullivan
U.S. District Court
500 Pearl Street
N.Y., N.Y. 10007

                      Re:    U.S. v. Carmen Ortiz
                              08 Cr 567

Dear Judge Sullivan,

      Upon the consent of AUSA Brown we hereby request that the court appearance scheduled for August 19, 2008 be rescheduled to September 5th at 11:30 a.m. The reason for this request is due to ongoing plea negotiations and counsel for defendant, Ortiz will be out of town on vacation the last week of August. We hereby consent to exclude time until September 5, 2008.

Sincerely,

Laura Di Chiara

cc: AUSA Jeff Brown

*The Court finds that the interests of the defendant and the public in a speedy trial are outweighed by the defendant's interest in resolving ongoing plea negotiations. Therefore, time is excluded until September 5, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) in the interest of justice. Conference adjourned to September 5, 2008 @ 11:30 AM.*

SO ORDERED
RICHARD J. SULLIVAN, U.S.D.J.
8/20/08